THE STATE EX REL. JOHNSON, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Johnson v. Indus.
Comm.* (1999), 86 Ohio St.3d 381.]

(No. 98–2220—Submitted June 22, 1999—Decided September 8, 1999.)

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Thomas W. Atzberger,* Assistant Attorney General, for appellee Industrial Commission.

*Hanlon, Duff, Paleudis & Estadt Co., L.P.A.,* and *John G. Paleudis,* for appellee Quarto Mining Company.

*Garvin & Hickey, L.L.C.,* and *Michael J. Hickey,* for appellee North American Coal.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY, J., dissents.